# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 20 DB 2015  (No. 32 RST 2015) |
| | : | |
| | : | |
| | : | |
| PATRICIA R. KALLA | : | Attorney Registration No.  50245 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Out of State) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 21st day of April, 2015, the Report and Recommendation of Disciplinary Board Member dated April 9, 2015, is approved and it is ORDERED that Patricia R. Kalla, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.